UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                            :

UNITED STATES OF AMERICA,                 :

                -v-                                     :                25-MJ-842 (JMF)

LEONARDO ABREU,                            :                <u>SCHEDULING ORDER</u>

               Defendant.              :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the parties shall appear for an arraignment and pretrial conference in this matter on **June 12, 2025** at **11:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                                                        JESSE M. FURMAN
                                                                United States District Judge